IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
October 24, 2013
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| RICHARD THOENNES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:11-CV-2337-N |
| § | |
| ROCHE DIAGNOSTIC CORP., § | |
| § | |
| Defendant. § | |

## VERDICT OF THE JURY

We, the jury, have answered the above questions as indicated, and now return those questions and answers to the Court as our verdict.

SIGNED this __24__ day of October, 2013.

_____
PRESIDING JUROR